IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02184-BNB

RAQUEL RIVERA GARCIA,

    Plaintiff,

v.

STAR FARMS INC., A Colorado Corporation, and
ANGEL PALOMBO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

OCT 15 2008

GREGORY C. LANGHAM
               CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 15, 2008, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02184-BNB

Jennifer J. Lee
Attorney at Law
**DELIVERED ELECTRONICALLY**

Jenifer C. Rodriguez
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/15/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk