IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02184-WYD-MEH

RAQUEL RIVERA GARCIA,

     Plaintiff,

v.

STAR FARMS, INC., a Colorado corporation; and
ANGEL PALOMBO,

     Defendants.

---

## ORDER

---

THIS MATTER is before the Court on the Joint Motion for Administrative Closure of the Action and for the Court's Retention of Jurisdiction over the Parties' Settlement Agreement [doc. #8, filed December 23, 2008]. Having reviewed the motion and being fully advised in the premises therein, I find that because Defendants have continuing obligations pursuant to the parties' Settlement Agreement, this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2. *See Quinn v. CGR*, 828 F.2d 1463, 1465 & n.2 (10th Cir. 1987) (construing administrative closure as the practical equivalent of a stay). The case may be reopened for good cause shown, which shall include any further court proceedings the parties deem necessary. In conclusion, it is hereby

ORDERED that the Joint Motion for Administrative Closure of the Action and for the Court's Retention of Jurisdiction over the Parties' Settlement Agreement [doc. #8,

filed December 23, 2008] is **GRANTED**. This case shall be **ADMINISTRATIVELY**

**CLOSED** pursuant to D.C.COLO.LCivR 41.2, to be reopened for good cause shown. If

the action has not been reopened within one year from today's date, the Court shall

dismiss the action with prejudice.

Dated: December 23, 2008.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE